# Third District Court of Appeal
## State of Florida

Opinion filed September 7, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1087
Lower Tribunal No. F04-36070
_____

**Alex Brito,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Alex Brito, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, SCALES and MILLER, JJ.

PER CURIAM.

Affirmed. See Brito v. State, 194 So. 3d 522 (Fla. 3d DCA 2016).